Van Voorhis, J. (dissenting).
In my view the discrimination in section 138 of the Election Law against voters coming of age, becoming naturalized or changing their residences to the voting area within the year previous to the election, creates an infirmity which invalidates the entire provision requiring registration to vote at the election of the previous year. If that requirement is void, as I think it is, this independent nominating petition is valid and the petitioner is a person aggrieved. The signers of the petition have not estopped themselves or the petitioner so as to compel compliance by them with this void requirement. The petition was not rejected on the ground that any of the signers are now minors, aliens, illiterates, etc. The order1 appealed from should be reversed and the petition granted.
Chief Judge Conway and Judges Desmond, Dye, Fuld, Froessel and Burke concur in Per Curiam opinion; Judge Van Voorhis dissents and votes to reverse in a separate memorandum.
Order affirmed.